**Order entered March 28, 2022**



**In The**
### Court of Appeals
### Fifth District of Texas at Dallas

**No. 05-22-00017-CV**

**IN THE INTEREST OF M.H. AND H.H., CHILDREN**

**On Appeal from the 199th Judicial District Court**
**Collin County, Texas**
**Trial Court Cause No. 199-30033-2020**

**ORDER**

Mother's brief in this termination of parental rights case is overdue. Because these types of cases must be handled expeditiously, Casey T. Boyd, appellate counsel for Mother, is **ORDERED** to file appellant's brief within **FIFTEEN DAYS** of the date of this order. Failure to file the brief by the time specified may result in an order for the trial court to conduct a hearing to determine why appellant's brief has not been filed and to take such measures as may be necessary to assure effective representation, including appointment of new counsel.

/s/     ROBERT D. BURNS, III
CHIEF JUSTICE